UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 1:16-CV-00457-BLW<br><br>**ORDER GRANTING MOTION FOR SCHEDULING ORDER** |

The Parties' Joint Motion for a Scheduling Order having come before the Court and good cause appearing therefor:

IT IS HEREBY ORDERED that the joint motion (docket no. 4) is GRANTED and the following schedule shall govern this litigation:

1. The Forest Service will file its response to the Amended Complaint and lodge the administrative record by February 15, 2017.

2. Western Watersheds Project will file a motion for summary judgment on all claims not to exceed 35 pages and statement of undisputed facts not to exceed 10 pages by March 9, 2017.

3. The Forest Service will file a combined response and cross motion for summary judgment not to exceed 35 pages and statement of undisputed facts not to exceed 10 pages by March 31, 2017.

4. Western Watersheds Project will file a combined response and reply not to exceed 20 pages by April 14, 2017.

5. The Forest Service will file a reply not to exceed 20 pages by April 28, 2017.

**ORDER GRANTING MOTION FOR SCHEDULING ORDER - 1**



DATED: February 24, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court